**O'NEILL / HASSEN**                      Attorneys at Law



February 1, 2024

VIA ECF and Email
Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: *United States v. Allison Angarola,* 24 Cr 23 (DEH)

Dear Judge Ho:

I represent Ms. Angarola in the above-captioned matter. I am writing with the consent of the government to request a modification of the terms of Ms. Angarola's release. Ms. Angarola is currently allowed to travel to the District of Massachusetts to visit her daughter with the advance permission of pretrial. I am requesting that she be permitted to visit her stepchild in the Northern District of New York, with the permission of pretrial.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Chika Nwafo*

Application **GRANTED**. The Clerk of Court is respectfully directed to terminate ECF No. 36.

SO ORDERED..

Dale E. Ho
U.S. District Judge
Dated: February 2, 2024
New York, New York

**1 /** P (646) 808-0997      **4 /** www.oandh.net
**2 /** F (212) 203-1858      **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net     **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA