# O'NEILL / HASSEN

Attorneys at Law

March 18, 2025

VIA ECF and Email
Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Application GRANTED.** The travel restriction in Ms. Angarola's terms of release shall be modified to include the District of New Jersey. The Clerk of Court is respectfully directed to close ECF No. 111. **SO ORDERED.**

Dated: March 19, 2025        Dale E. Ho
New York, New York           United States District Judge

RE: *United States v. Allison Angarola,* 24 Cr 23 (DEH)

Dear Judge Ho:

    I am writing to request that the Court amend the conditions of Ms. Angarola's release to allow travel to the District of New Jersey. Ms. Angarola has extended family in New Jersey that she would like to visit, and her daughter travels through Newark, NJ on her trips home and Ms. Angarola would like to pick her up and drop her off at the airport whenever possible.

    Neither pretrial nor the government has any objection to this request. Ms. Angarola has been fully compliant with the conditions of her release.

Respectfully submitted,

/s/

Grainne E. O'Neill

1 / P (212) 203-1858
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA