# O'NEILL / HASSEN

Attorneys at Law

March 19, 2025

<u>VIA ECF and Email</u>
Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: *United States v. Allison Angarola,* 24 Cr 23 (DEH)

Dear Judge Ho:

I represent Ms. Angarola in the above-captioned matter. I am writing to request that the Court temporarily amend the conditions of Ms. Angarola's release on bond to permit Ms. Angarola to visit her sister in Florida. If permitted by this Court, Ms. Angarola would travel to Florida on March 26, 2025 and return on April 7, 2025. She will provide an itinerary to pretrial services of her movements within Florida.

Pretrial does not object to this request and the government defers to Pretrial. Ms. Angarola continues to be fully compliant with the conditions of her release.

Respectfully submitted,

/s/

Grainne E. O'Neill

Application **GRANTED.** Ms. Angarola is permitted to travel to Florida to visit her sister between March 26, 2025 and April 7, 2025. Ms. Angarola is directed to provide Pretrial Services with her flight itinerary, an itinerary of her movements within Florida, and the address of where she will be staying. The Clerk of Court is directed to close ECF No. 113. **SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: March 20, 2025
New York, New York

**1 /** P (212) 203-1858     **4 /** www.oandh.net
**2 /** F (212) 203-1858     **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net    **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA