**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

April 7, 2025

> Application **GRANTED.** The motion hearing for defendant Allison Angarola, previously scheduled for April 11, 2025, is canceled. Ms. Angarola shall instead appear during the status conference scheduled for **April 23, 2025, at 11:00 a.m.** A speedy trial order will issue separately. The Clerk of Court is respectfully directed to close ECF No. 122. **SO ORDERED.**
>
> Dale E. Ho
> United States District Judge
> Dated: April 8, 2025
> New York, New York

**BY ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Allison Angarola*, 24 Cr. 23 (DEH)

Dear Judge Ho:

  The Government writes, with the consent of defendant Allison Angarola, to respectfully request that the Court adjourn the motions hearing scheduled for Friday, April 11, 2025, and schedule a conference for April 23, 2025, at 11:00 a.m. As the Court is aware, defendant Allison Angarola did not file any motions prior to the deadline for her filing of such motions. Accordingly, in the parties' view, Friday's hearing is not necessary. As the Court is also aware, defendants Mark Angarola and Lisa Mincak, who are also charged in Indictment 24 Cr. 23, are scheduled to appear for a conference on April 23, 2025, at 11:00 a.m. Accordingly, the request herein, if granted, would result in defendant Allison Angarola's appearance on the same date and at the same time as her co-defendants. Furthermore, the parties are engaged in discussions of a potential resolution of this case, and the request herein, if granted, would allow additional time for these discussions to continue before the next appearance date.

  If the Court grants this request, the Government further requests that the Court exclude time under the Speedy Trial Act from April 11, 2025 until April 23, 2025. The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted to allow additional time for the defendant to review discovery and for the parties to engage in continued discussions about a potential

pretrial resolution of this case.  Defendant Allison Angarola also consents to this request.

                                        Respectfully submitted,

                                        MATTHEW PODOLSKY
                                        Acting United States Attorney

By:                       /s/
                                        Timothy V. Capozzi
                                        Michael Neff
                                        Assistant United States Attorneys

                                        Jorge Almonte
                                        Special Assistant United States Attorney

cc:      Gráinne O'Neill, Esq. (by ECF)