UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALLISON ANGAROLA,<br>      Defendant. | 24-CR-23-2 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **May 22, 2025, at 11:30 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

  SO ORDERED.

Dated: May 15, 2025
    New York, New York

                     DALE E. HO
                   United States District Judge