UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 24-CR-23-2 (DEH) |
| ALLISON ANGAROLA, | ORDER |
| Defendant. | |

DALE E. HO, United States District Judge:

On September 12, 2025, defense counsel submitted a request to redact portions of the Defendant's sentencing memorandum, and to file an unredacted version of the memorandum under seal. The application is **GRANTED**. One set of proposed redactions implicates the privacy interests of a third party; such interests are a sufficient basis to warrant filing under seal. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 118 (2d Cir. 2006). The other set of redactions implicate the privacy of other interpersonal familial relationships, in which the public has a limited interest. Accordingly, the Court finds that this set of proposed redactions is also appropriate. *Cf. U.S. Dep't of State v. Ray*, 502 U.S. 164, 175–76 (1991) (holding that redactions under FOIA are appropriate to prevent an "invasion of privacy" with respect to "highly personal information regarding marital . . . status. . . .").

Accordingly, defense counsel is permitted to redact portions of the sentencing submission. The unredacted sentencing submissions and sealing request letter will be filed under seal and maintained in the vault.

**SO ORDERED.**

Dated: September 16, 2025

    New York, New York

 

_____

DALE E. HO

United States District Judge