**O'NEILL / HASSEN**                                              Attorneys at Law

March 13, 2026

VIA ECF and Email
Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Allison Angarola,* 24 Cr 23 (DEH)

Dear Judge Ho:

I represented Allison Angarola in the above-captioned matter. I write to request that the Court permit Ms. Angarola to visit her daughter in Boston overnight on two occasions. She would like to travel from March 21 to March 22, and again between April 24, and April 26. Ms. Angarola has been fully compliant with the terms of her home detention and supervised release.

At Ms. Angarola's sentencing, the Court stated, "First, as mentioned, you shall comply with the condition of home detention with location monitoring for a period of eight months. Location monitoring technology will be determined by the probation department. During this time, you will remain at your place of residence except for employment, medical appointments for you or family members, religious services, attorney visits, **visiting your daughter** and other activities approved by your probation officer, including community service. Home detention shall commence on a date to be determined by probation." ECF Docket Number 204, Sentencing Transcript page 27-28.

Ms. Angarola would like to visit her daughter as she prepares to graduate from law school and then graduates. The probation department informs me that it needs an order from the Court to permit Ms. Angarola to travel to visit her daughter overnight. It further informs me that any days that Ms. Angarola does not wear an ankle monitor must be added onto the end of her term of home detention.

1 / P (212) 203-1858      4 / www.oandh.net

2 / F (212) 203-1858      5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217

3 / grainne@oandh.net     6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA

Page 2 of 2

I thank the Court for its attention to this matter. Ms. Angarola is fully compliant with the terms of her supervised release, and the probation department has no objection to this request. It just cannot permit Ms. Angarola to go absent a Court order.

Respectfully submitted,

/s/

Grainne E. O'Neill

Application **GRANTED.**  Ms. Angarola is permitted to travel to Boston so that she may visit her daughter between March 21 and March 22 and again between April 24 and April 26.  Ms. Angarola is directed to provide the Probation Office with her itinerary and the address of where she will be staying at while in Boston.  The Clerk of Court is respectfully directed to close ECF No. 217. **SO ORDERED.**

Dated: March 16, 2026
New York, New York

Dale E. Ho
United States District Judge

O / H